United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-11769-mdc
Earl G. Lynn                                                        Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey         Page 1 of 1         Date Rcvd: Nov 07, 2016
                        Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2016.
db            #+Earl G. Lynn,    4514 Sheffield Avenue,    Philadelphia, PA 19136-3225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2016                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2016 at the address(es) listed below:
     ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
     agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
     JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
     philaecf@gmail.com
     PAUL H. YOUNG    on behalf of Debtor Earl G. Lynn ykassoc@gmail.com, ykaecf@gmail.com,
     paullawyers@gmail.com,pyoung@ymalaw.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                            TOTAL: 5

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   EARL G. LYNN                    :    CHAPTER 13 BANKRUPTCY
         Debtor                          :    NO. 15-11769

### ORDER TO ALLOW COUNSEL FEES

AND NOW, this   4th      day of  November      , 2015, upon consideration of the foregoing Application and upon Notice, Opportunity for Hearing and Certification of No Objection, counsel fees are allowed in the following amount:

Counsel fee:   $3,000
Total paid by Debtor prepetition:   $500
($2,500 to be paid in Plan)
Filing fee paid by client

The amount paid is for counsel's handling of Debtor's above-captioned Chapter 13 case.

In the event debtor's case is dismissed prior to confirmation, the Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b) and 11 U.S.C. Section 330(a)(4)(B), **the allowed compensation set forth above less $500 which was paid by the Debtor(s) prepetition.**

Date: 11/4/16                                    _Magdeline D. Coleman_
                                                            J.

Suggested copies:

U.S. Trustee's Office

Trustee

All Creditors on Matrix

Debtor